**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DYNAMIC DATA TECHNOLOGIES, LLC,<br><br>    *Plaintiff,*<br><br>    v.<br><br>MEDIATEK INC. AND MEDIATEK USA INC.,<br><br>    *Defendants*. | C.A. No. 1:18-cv-01906-CFC |

**STIPULATION OF DISMISSAL OF DEFENDANTS
<u>MEDIATEK, INC., AND MEDIATEK USA, INC.</u>**

Plaintiff Dynamic Data Technologies, LLC ("Dynamic Data") and Defendants MediaTek Inc. and MediaTek USA Inc. (collectively, "Defendants") file this Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). Dynamic Data and Defendants stipulate that:

1. Dynamic Data consents to dismissal WITH prejudice of all of its claims against Defendants in this suit.

2. Dynamic Data and Defendants shall each bear their own attorney fees and costs incurred in connection with this action.

Dated: July 9, 2019

| | |
|---|---|
| BAYARD, P.A. | FISH & RICHARDSON P.C. |
| */s/ Stephen B. Brauerman* | /s/ Douglas E. McCann |
| Stephen B. Brauerman (No. 4952) | Douglas E. McCann (#3852) |
| 600 N. King Street, Suite 400 | 222 Delaware Avenue, 17th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 655-5000 | (302) 652-5070 |
| sbrauerman@bayardlaw.com | dmccann@fr.com |
| | |
| OF COUNSEL: | Linhong Zhang (#5083) |
| | Fish & Richardson P.C. |
| BERGER & HIPSKIND LLP | 1000 Maine Ave. SW, 10th Floor |
| Daniel P. Hipskind | Washington, DC 20024 |
| Dorian S. Berger | (202) 783-5070 |
| Eric B. Hanson | lwzhang@fr.com |
| 9538 Brighton Way, Ste. 320 | |
| Beverly Hills, CA 90210 | |
| (323) 886-3430 | *Attorneys for Defendants* |
| dph@bergerhipskind.com | *MediaTek, Inc., and MediaTek USA, Inc.* |
| dsb@bergerhipskind.com | |
| ebh@bergerhipskind.com | |

*Attorneys for Plaintiff*
*Dynamic Data Technologies, LLC*

       IT IS ORDERED this _____ day of _____.

                                                              _____
                                                              The Honorable Colm F. Connolly
                                                              United States District Judge